UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:06-cr-483-T-23TBM

BARBARA BULNES

_____/

## THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) Idalmis Bulnes and Alfredo Morales
(ADDRESS) 4242 SW 97 Avenida Villa FL 33165
(TELEPHONE NUMBER) (305) 485-0031 - (786) 306 3294

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____        _____
Signature of Custodian              Signature of Custodian

### Acknowledgment by Defendant

I, Barbara Bulnes , understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition of fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

x Babara B                         4242 SW 97 Ave Villa
_____          Miami, FL 33165
Signature of Defendant             Address

786-485-0031
_____          _____
Telephone Number                   City, State, Zip

RELEASE ORDERED:

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE
Dated: December 8, 2006