**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                  **Case No. 8:06-cr-483-T-23TBM**

**BARBARA BULNES,**

      **Defendant.**

_____/

## O R D E R

THIS CAUSE is before the court on Defendant's **Motion for Permission to Enter Home** (Doc. 201).  By this motion, the Defendant seeks permission to enter the premises at 7416 County Road 659, Bushnell, Florida so that she may retrieve her personal property.  While the government has filed a notice of lis pendins against the property in anticipation of forfeiture proceedings as against the property, it has no objection to the instant motion.  Upon consideration, the **Motion for Permission to Enter Home** (Doc. 201) is **GRANTED**.  Ms. Bulnes is permitted to enter the premises at 7416 County Road 659, Bushnell, Florida for purposes of removing her personal property.

      **Done and Ordered** in Tampa, Florida, this 19th day of March 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
James Preston, Assistant U.S. Attorney
Darlene Barror, Counsel for Defendant